# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Judge Marvin E. Aspen |
| CLOVER A. PEREZ ) | Dkt. No. 09-CR-01153-01 |
| ) | |
| Defendant. ) | |

## ORDER

Marvin E. Aspen, District Judge:

Clover A. Perez ("Perez") and the U.S. Probation Department submitted an agreed petition to modify the terms of Perez's conditions of supervised release. Perez waived the right to a hearing and assistance of counsel. We hereby modify Perez's conditions of supervised release as follows:

    1)    Clover A. Perez shall pay restitution in the amount of no less than $250.00 per month; and

    2)    Clover A. Perez may continue her employment as office manager with Roach Bernard, PLLC.

The Clerk's office shall forward copies of this Order to U.S. Probation Officer Assistant Jane Nieman at 500 Pearl Street, 6th Floor, New York, NY 10007. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: March 31, 2020